HEATHER E. WILLIAMS, #122664
Federal Defender
HANNAH LABAREE, #294338
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: (916) 498-5700
Fax: (916) 498-5710
Hannah_Labaree@fd.org

Attorney for Defendant
BALBINO SABLAD

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:21-cr-00138-TLN |
| Plaintiff, | |
| vs. | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| BALBINO SABLAD | |
| Defendant. | Date: September 30, 2021<br>Time: 9:30 a.m.<br>Hon. Troy L. Nunley |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, Acting United States Attorney, through Assistant United States Attorney Mira Chernick, attorney for Plaintiff and Federal Defender Heather E. Williams through Assistant Federal Defender Hannah Labaree, attorney for BALBINO SABLAD, that the status conference, currently scheduled for September 30, 2021, be continued to November 18, 2021 at 9:30 a.m.

As of the date of this filing, counsel for the government has produced over 4500 Bates-stamped items of discovery, which defense counsel needs time to review. There is a protective order in place in this case which makes Mr. Sablad's review of certain portions of the material more difficult. As such, defense counsel needs additional time to review discovery, research the applicable law, meet with her client, and otherwise prepare for trial or alternative resolution of the case.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be

1  excluded from September 30, 2021 through and including November 18, 2021; pursuant to 18

2  U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and General Order 479, Local

3  Code T4 based upon continuity of counsel and defense preparation.

4  Dated: September 24, 2021

                HEATHER E. WILLIAMS
5                 Federal Defender

6

       */s/ Hannah Labaree*
7        HANNAH LABAREE
       Assistant Federal Defender
8        Attorney for Defendant
       BALBINO SABLAD
9

10 Dated: September 24, 2021

       PHILLIP A. TALBERT
11        Acting United States Attorney

12        */s/ Mira Chernick*
       MIRA CHERNICK
13        Assistant U.S. Attorney
       Attorney for Plaintiff
14

## ORDER

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefore, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendant in a speedy trial.

The Court orders the time from September 30, 2021, up to and including November 18, 2021, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for counsel to prepare] and General Order 479, (Local Code T4). It is further ordered the September 30, 2021 status conference shall be continued until November 18, 2021, at 9:30 a.m.

Dated:  September 24, 2021

Troy L. Nunley
United States District Judge