Daniel B. Olmos (SBN: 235319)
NOLAN BARTON & OLMOS LLP
430 D. Street
Davis, CA 95616
(650) 326-2980 (t)
(650) 327-9704 (f)
dolmos@nbo.law

Attorney for Defendant
Balbino Sablad

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| UNITED STATES OF AMERICA, | Case No. 2:21-cr-00138 TLN |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE STATUS HEARING** |
| v. | |
| BALBINO SABLAD, | |
| Defendant. | |

　　IT IS HEREBY STIPULATED AND AGREED between the Government, through Assistant United States Attorney Rosanne Rust, and Defendant Balbino Sablad, through his undersigned counsel, that the status hearing in this matter be continued from January 13, 2022, to March 17, 2022, to permit defense counsel adequate time to review discovery produced by the government and to conduct defense investigation. The Court signed the order substituting undersigned defense counsel into the case on December 29, 2021, *see* Docket No. 21, the parties stipulated to a protective order, and the court entered the protective order on January 6, 2022. Docket No. 23. Now that the protective order is in place, the government is in the process of producing discovery to the defense.

STIPULATION AND ORDER TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT
*U.S. v. Sablad*, Case No. 2:21-cr-00138 TLN

1

The parties further agree and request that the Court order, for the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which the trial of this case must commence, that the time period between January 13, 2022, to and including the March 17, 2022, status hearing, be excluded pursuant to 18 U.S.C. § 3161(h)(7)(A) and B(iv) and Local Code T4 to allow defense counsel reasonable time to review the discovery and prepare his client's defense.  The parties stipulate and agree that the ends of justice served by granting this time exclusion would outweigh the best interest of the public and the defendant in a speedy trial.

For the foregoing reasons, the parties stipulate to continue the status conference to March 17, 2022, at 9:30 a.m.

IT IS SO STIPULATED.

Dated:  January 10, 2022          NOLAN BARTON & OLMOS, LLP

  */s/* Daniel B. Olmos
Daniel B. Olmos
Attorney for Defendant Balbino Sablad

Dated:  January 10, 2022          PHILLIP A. TALBERT
United States Attorney

By:     */s/* Rosanne Rust
Rosanne Rust
Assistant United States Attorney

---

STIPULATION AND ORDER TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT
*U.S. v. Sablad*, Case No. 2:21-cr-00138 TLN

**ORDER**

GOOD CAUSE HAVING BEEN SHOWN, and pursuant to the stipulation by the parties, it is hereby ordered that the status hearing for defendant Balbino Sablad be continued to March 17, 2022, at 9:30 a.m.  It is further ordered that, for the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., the time period between January 13, 2022, to and including March 17, 2022, be excluded pursuant to 18 U.S.C. § 3161(h)(7)(A) and B(iv) and Local Code T4, and that the ends of justice served by granting this time exclusion outweigh the best interest of the public and the defendant in a speedy trial.

DATED:  January 10, 2022

Troy L. Nunley
United States District Judge