Daniel B. Olmos (SBN: 235319)
NOLAN BARTON & OLMOS, LLP
430 D. Street
Davis, CA 95616
(650) 326-2980 (t)
(650) 326-9704 (f)
dolmos@nbo.law

Attorney for Defendant
Balbino Sablad

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BALBINO SABLAD,<br><br>Defendant. | Case No. 2:21-cr-00138 TLN<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS HEARING** |

IT IS HEREBY STIPULATED AND AGREED between the Government, through Assistant United States Attorney Rosanne Rust, and Defendant Balbino Sablad, through his undersigned counsel, that the status hearing in this matter be continued from March 17, 2022, to April 7, 2022, to permit defense counsel adequate time to review discovery produced by the government and to conduct defense investigation.  The Court signed the order substituting undersigned defense counsel into the case on December 29, 2021, *see* Docket No. 21, the parties stipulated to a protective order, and the court entered the protective order on January 6, 2022, Docket No. 23.  The Government has produced two tranches of discovery to the defense, including one production earlier this week, and the defense is reviewing the discovery in a diligent manner.

STIPULATION AND ORDER TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT
*U.S. v. Sablad*, Case No. 2:21-cr-00138 TLN

1

The parties further agree and request that the Court order, for the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which the trial of this case must commence, that the time period between March 17, 2022, to and including the April 7, 2022, status hearing, be excluded pursuant to 18 U.S.C. § 3161(h)(7)(A) and B(iv) and Local Code T4 to allow defense counsel reasonable time to review the discovery and prepare his client's defense. The parties stipulate and agree that the ends of justice served by granting this time exclusion would outweigh the best interest of the public and the defendant in a speedy trial.

For the foregoing reasons, the parties stipulate to continue the status conference to April 7, 2022, at 9:30 a.m.

IT IS SO STIPULATED.

Dated: March 10, 2022                                NOLAN BARTON & OLMOS, LLP

                                                       /s/ Daniel B. Olmos
                                                     Daniel B. Olmos
                                                     Attorney for Defendant Balbino Sablad


Dated: March 10, 2022                                PHILLIP A. TALBERT
                                                     United States Attorney

                                              By:      /s/ Rosanne Rust
                                                     Rosanne Rust
                                                     Assistant United States Attorney

///

///

///

STIPULATION AND ORDER TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT
*U.S. v. Sablad*, Case No. 2:21-cr-00138 TLN

2

**ORDER**

GOOD CAUSE HAVING BEEN SHOWN, and pursuant to the stipulation by the parties, it is hereby ordered that the status hearing for defendant Balbino Sablad be continued to April 7, 2022, at 9:30 a.m.  It is further ordered that, for the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., the time period between March 17, 2022, to and including April 7, 2022, be excluded pursuant to 18 U.S.C. § 3161(h)(7)(A) and B(iv) and Local Code T4, and that the ends of justice served by granting this time exclusion outweigh the best interest of the public and the defendant in a speedy trial.

Dated: March 11, 2022

Troy L. Nunley
United States District Judge

STIPULATION AND ORDER TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT
*U.S. v. Sablad*, Case No. 2:21-cr-00138 TLN