1  Daniel B. Olmos (SBN: 235319)
   NOLAN BARTON & OLMOS, LLP
2  430 D Street
   Davis, CA 95616
3  (650) 326-2980 (t)
   (650) 326-9704 (f)
4  dolmos@nbo.law

5  Attorney for Defendant
   Balbino Sablad

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| UNITED STATES OF AMERICA, | Case No. 2:21-cr-00138 TLN |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING** |
| v. | |
| BALBINO SABLAD, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED between the Government, through Assistant United States Attorney Rosanne Rust, and Defendant Balbino Sablad, through his undersigned counsel, that the sentencing hearing in this matter be continued from September 1, 2022, to October 20, 2022.

The parties stipulate to the following schedule:

| | |
|---|---|
| The draft Presentence Report shall be disclosed to counsel no later than: | September 8, 2022 |
| Counsel's informal written objections to the Presentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | September 22, 2022 |
| The final Presentence Report shall be filed with the Court and disclosed to counsel no later than: | September 29, 2022 |
| Formal Objections to the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | October 6, 2022 |
| Reply, or Statement of Non-Opposition: | October 13, 2022 |

| Judgment and Sentencing Date: | October 20, 2022 |
|---|---|

  IT IS SO STIPULATED.

Dated: July 25, 2022         NOLAN BARTON & OLMOS, LLP

                  /s/ *Daniel B. Olmos*
                  Daniel B. Olmos
                  Attorney for Defendant Balbino Sablad

Dated: July 25, 2022          PHILLIP A. TALBERT
                  United States Attorney

                  /s/ *Rosanne L. Rust*
                  Rosanne L. Rust
                  Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| UNITED STATES OF AMERICA, | Case No. 2:21-cr-00138 TLN |
|---|---|
| Plaintiff, | |
| v. | **ORDER TO CONTINUE SENTENCING HEARING** |
| BALBINO SABLAD, | |
| Defendant. | |

GOOD CAUSE HAVING BEEN SHOWN, and pursuant to the stipulation by the parties, it is hereby ordered that the sentencing hearing for defendant Balbino Sablad currently scheduled for September 1, 2022, be continued to October 20, 2022, at 9:30 a.m.  The Court hereby orders the following schedule:

| | |
|---|---|
| The draft Presentence Report shall be disclosed to counsel no later than: | September 8, 2022 |
| Counsel's informal written objections to the Presentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | September 22, 2022 |
| The final Presentence Report shall be filed with the Court and disclosed to counsel no later than: | September 29, 2022 |
| Formal Objections to the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | October 6, 2022 |
| Reply, or Statement of Non-Opposition: | October 13, 2022 |
| Judgment and Sentencing Date: | October 20, 2022 |

Dated:  July 25, 2022

Troy L. Nunley
United States District Judge

STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING
*U.S. v. Sablad*, Case No. 2:21-cr-00138 TLN
3